**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7264

HOBART MATTHEW PARKER,

> Plaintiff - Appellant,

v.

BARBARA G. DECATUR, Stafford County Court Clerk; J. M. TAYMAN, Stafford County Deputy Court Clerk; CHARLES JETT, Retired Stafford County Sheriff; ERIC L. OLSEN, Commonwealth's Attorney,

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:19-cv-00478-RAJ-DEM)

Submitted:  April 30, 2024                    Decided:  November 5, 2024

Before NIEMEYER and BENJAMIN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hobart Matthew Parker, Appellant Pro Se.  Alexander Francuzenko, Philip Corliss Krone, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hobart Matthew Parker appeals the district court's order granting summary judgment in favor of Defendants and denying relief on Parker's amended 42 U.S.C. § 1983 complaint. On appeal, Parker challenges the court's conclusion that his claims were barred by the statute of limitations and, alternatively, failed on the merits. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Parker v. Decatur*, No. 2:19-cv-00478-RAJ-DEM (E.D. Va. Sept. 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*